IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

UNITED STATES OF AMERICA ,           )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )    CASE NO. 2:07cv772-MHT
                                     )
$14,040 IN UNITED STATES CURRENCY ,  )
                                     )
    Defendants,                      )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States of America , a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☑ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____             _____

_____             _____

_____             _____

_____

8/28/2007                            _____
Date                                 (Signature)

                                     JOHN T. HARMON [HAR108]
                                     (Counsel's Name)
                                     United States of America
                                     Counsel for (print names of all parties)
                                     131 Clayton Street
                                     Montgomery, Alabama 36101-0197
                                     Address, City, State Zip Code
                                     (334) 223-7280
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN                              DIVISION

## CERTIFICATE OF SERVICE

I, JOHN T. HARMON                              , do hereby Certify that a true and correct copy
of the foregoing has been furnished by electronic mail                    (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 28th    day of August          20 07, to:

all parties of record

8/28/2007
            Date                                        Signature