IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| PLAINTIFF, | ) |
| | ) CIVIL ACTION NO: 2:07CV772-MHT |
| v. | ) |
| FOURTEEN THOUSAND **FORTY** **($14,040) DOLLARS IN UNITED STATES CURRENCY,** | ) ) ) |
| **DEFENDANT.** | ) |

## ANSWER

COME NOW Willie James Brown and Vera Mae Brown (hereinafter referred to as "The Browns") and answer the complaint in the above-captioned case as follows:

1. The Browns deny the allegations of paragraph one (1) and demand strict proof thereof

2. This paragraph does not require a response from the Browns.

3. This paragraph does not require a response from the Browns.

4. Admitted.

5. The Browns deny the allegations of paragraph five (5) and demand strict proof thereof

6. This paragraph does not require a response from the Browns.

7. The Browns deny the allegations of paragraph seven (7) and demand strict proof thereof.

8. The Browns deny the allegations of paragraph eight (8) and demand strict proof thereof

Respectfully Submitted,

*is/Dwayne L. Brown*
Dwayne L. Brown (BRO149)
Attorney for Willie James Brown
and Vera Brown

Of Counsel:

Law Office of Dwayne L. Brown,P.C.
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334)277-3757
Facsimile: (334)277-3613
E-mail: dbrown@dbrownatty.com

## Certificate of Service

     I hereby certify that on September 24, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John T. Harmon, esq.**

                                            /s/ Dwayne L. Brown
                                            Of Counsel