## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**UNITED STATES OF AMERICA,**

          **PLAINTIFF,**

|  |  |
|---|---|
| | ) CIVIL ACTION **NO: 2:07CV772-MHT** |
| **v.** | ) |
| | |
| **FOURTEEN THOUSAND FORTY** | ) |
| **($14,040) DOLLARS IN UNITED** | ) |
| **STATES CURRENCY,** | ) |
| | |
|        **DEFENDANT.** | ) |

### NOTICE OF CLAIM

I, Dwayne L. Brown, am a licensed attorney in the State of Alabama. I have been duly retained by Willie Brown and Vera Brown (hereinafter referred to as "The Browns") to represent their interest in the above-captioned complaint. Consequently, 1 am hereby asserting the authority to file this verified statement of interest on the behalf of The Browns pertaining to the seizure of fourteen thousand forty dollars ($14,040.00) in United States currency. The Browns hereby assert a legal right to said property.

     I declare under penalty of perjury that the foregoing is true and correct.

_____
Dwayne       own (BRO149)

**SWORN TO AND SUBSCRIBED** before me on this 2 5Th day of September, 2007.

_____
**Not** Public
My Comm. Exp.: 06/11/11

Respectfully Submitted,

*/s/Dwayne L. Brown*
Dwayne L. Brown (BRO149)
Attorney for Willie James Brown
and Vera Brown

Of Counsel:

**Law Office of Dwayne L. Brown,P.C.**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334)277-3757
Facsimile: (334)277-3613
E-mail: dbrown@dbrownatty.com

## Certificate of *Service*

I hereby certify that on **September 25, 2007,** I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John T. Harmon, esq.**

/s/ Dwayne L. Brown
Of Counsel