IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

USA,

    Plaintiff,

v.                        CASE NO. 2:07cv00772

FOURTEEN THOUSAND FORTY DOLLARS,

    Defendant,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW WILLE J. BROWN & VERA M. BROWN the claimants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual.

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |
| | |

12/5/2007  
Date

/s/Dwayne L. Brown  
Counsel Signature

Willie & Vera M. Brown  
Counsel for (print names of all parties)

Post Office Box 230205  
Montgomery, AL 36123-0205  
Address, City, State Zip Code

(334) 277-3757  
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, Dwayne L. Brown_____ do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 5_____day of November____2007, to:

Bart Harmon, esq._____

_____

_____

_____

_____

_____

12/5/2007_____          /s/Dwayne L. Brown_____
      Date                                                                    Signature