**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

December 7, 2007

## NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   United States of America v. $14,040

Case Number:   2:07cv00772-MHT

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 11   filed on   December 05, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

USA,

    Plaintiff,

v.                       CASE NO. 2:07cv00772

FOURTEEN THOUSAND FORTY DOLLARS,

    Defendant,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>WILLE J. BROWN & VERA M. BROWN</u> the claimants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    This party is an individual.

<u>Reportable Entity</u>                  <u>Relationship to Party</u>

_____        _____

_____        _____

_____        _____

_____        _____

<u>12/5/2007</u>                        <u>/s/Dwayne L. Brown</u>
       Date                          Counsel Signature

                                   <u>Willie & Vera M. Brown</u>
                                   Counsel for (print names of all parties)

                                   <u>Post Office Box 230205</u>
                                   <u>Montgomery, AL 36123-0205</u>
                                   Address, City, State Zip Code

                                   <u>(334) 277-3757</u>
                                   Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, <u>Dwayne L. Brown</u> do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>electronic mail</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>5</u> day of <u>November</u> 2007, to:

<u>Bart Harmon, esq.</u>

<u>12/5/2007</u>            /s/Dwayne L. Brown
    Date                                    Signature