IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
            PLAINTIFF,           )
                                 )
        v.                       )    CIVIL ACTION NO. 2:07cv772-MHT
                                 )
FOURTEEN THOUSAND FORTY          )
($14,040) DOLLARS IN UNITED      )
STATES CURRENCY,                 )
                                 )
            DEFENDANT.           )

MOTION TO STRIKE CLAIM OF WILLIE BROWN AND VERA BROWN

The United States of America (United States) hereby moves to strike the claim filed on behalf of Willie Brown and Vera Brown on the grounds that the claim is not signed by either claimant under penalty of perjury. Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. This Motion is supported by a Memorandum of Law filed herewith on this 16th day of January, 2008.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 16, 2008, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Dwayne L. Brown**.


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney