IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) CIVIL ACTION NO: <u>2:07CV772-MHT</u> |
| v. | ) |
| | ) |
| FOURTEEN THOUSAND FORTY | ) |
| ($14,040) DOLLARS IN UNITED | ) |
| STATES CURRENCY, | ) |
| | ) |
| DEFENDANT. | ) |

### NOTICE OF CLAIM

I, Dwayne L. Brown, am a licensed attorney in the State of Alabama. I have been duly retained by Willie Brown and Vera Brown (hereinafter referred to as "The Browns") to represent their interest in the above-captioned complaint. Consequently, I am hereby asserting the authority to file this verified statement of interest on the behalf of The Browns pertaining to the seizure of fourteen thousand forty dollars ($14,040.00) in United States currency. The Browns hereby assert a legal right to said property.

I declare under penalty of perjury that the foregoing is true and correct.

_____     _____
Willie J. Brown                                         Vera Mae Brown

_____
Dwayne L. Brown (BRO149)

SWORN TO AND SUBSCRIBED before me on this 23rd day of January, 2008.

_____
Notary Public
My Comm. Exp.: 06/11/11

Respectfully Submitted,

/s/*Dwayne L. Brown*
Dwayne L. Brown (BRO149)
Attorney for Willie James Brown
and Vera Brown

Of Counsel:

**Law Office of Dwayne L. Brown, P.C.**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334)277-3757
Facsimile: (334)277-3613
E-mail: dbrown@dbrownatty.com

### Certificate of Service

I hereby certify that on **January 23, 2008,** I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John T. Harmon, esq.**

/s/ Dwayne L. Brown
Of Counsel