IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,      )
                               )
    Plaintiff,                 )
                               )
                               )      CIVIL ACTION NO.
    v.                         )        2:07cv772-MHT
                               )
FOURTEEN THOUSAND FORTY        )
($14,040) DOLLARS IN           )
UNITES STATES CURRENCY,        )
                               )
    Defendant.                 )
```

### ORDER

It is ORDERED that the motion to strike (Doc. No. 14) is set for submission, without oral argument, on February 8, 2008, with all briefs due by said date.

DONE, this the 23rd day of January, 2008.

　　　　　　　　　　　　　　　／s/ Myron H. Thompson　　
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE