**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 24, 2008

# NOTICE OF CORRECTION

**From:**            Clerk's Office

**Case Style:**      United States of America v. Fourteen Thousand Forty ($14,040)
                     Dollars in United States Currency

**Case Number:**     #2:07-cv-00772-MHT

**Referenced Document:**  Document #16
                          Notice of Claim

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not scan properly, one of the signatures was not in the correct format and the date was also not in the correct format. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) CIVIL ACTION NO: <u>2:07CV772-MHT</u> |
| v. | ) |
| | ) |
| FOURTEEN THOUSAND FORTY | ) |
| ($14,040) DOLLARS IN UNITED | ) |
| STATES CURRENCY, | ) |
| | ) |
| DEFENDANT. | ) |

### NOTICE OF CLAIM

I, Dwayne L. Brown, am a licensed attorney in the State of Alabama. I have been duly retained by Willie Brown and Vera Brown (hereinafter referred to as "The Browns") to represent their interest in the above-captioned complaint. Consequently, I am hereby asserting the authority to file this verified statement of interest on the behalf of The Browns pertaining to the seizure of fourteen thousand forty dollars ($14,040.00) in United States currency. The Browns hereby assert a legal right to said property.

I declare under penalty of perjury that the foregoing is true and correct.

_____    _____
Willie J. Brown                                             Vera Mae Brown

_____
Dwayne L. Brown (BRO149)


SWORN TO AND SUBSCRIBED before me on this 23rd day of January, 2008.

_____
Notary Public
My Comm. Exp.: __06/11/11__

                                              Respectfully Submitted,

                                              /s/*Dwayne L. Brown*
                                              Dwayne L. Brown (BRO149)
                                              Attorney for Willie James Brown
                                              and Vera Brown

Of Counsel:

**Law Office of Dwayne L. Brown, P.C.**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334)277-3757
Facsimile: (334)277-3613
E-mail: dbrown@dbrownatty.com


## Certificate of Service

    I hereby certify that on **January 23, 2008,** I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John T. Harmon, esq.**

                                              /s/ Dwayne L. Brown
                                              Of Counsel