IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>　　Plaintiff, )<br><br>　　v. )<br><br>FOURTEEN THOUSAND FORTY<br>($14,040) DOLLARS IN<br>UNITES STATES CURRENCY, )<br><br>　　Defendant, )<br><br>WILLIE BROWN and<br>VERA BROWN, )<br><br>　　Claimants. ) | CIVIL ACTION NO.<br>2:07cv772-MHT |

ORDER

Counsel for plaintiff having orally informed the court that the motion to strike claim (Doc. No. 14) is now moot in light of the notice of claim (Doc. No. 16), it is ORDERED that said motion is denied as moot.

DONE, this the 12th day of February, 2008.


　　　　　　　　/s/ Myron H. Thompson
　　　　　　UNITED STATES DISTRICT JUDGE