IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| PLAINTIFF, | ) |
| | ) CIVIL ACTION NO: 2:07CV772-MHT |
| **v.** | ) |
| FOURTEEN THOUSAND FORTY ($14,040) DOLLARS IN UNITED STATES CURRENCY, | ) ) ) |
| DEFENDANT. | ) |

### CLAIMANT WILLIE JAMES BROWN'S
### MOTION FOR RETURN OF SEIZED PROPERTY

COME NOW Willie James Brown and moves this Court for an order that certain property seized from them be returned to them and in support of said motion, says the following:

1. Willie J. Brown asserts that he is the owner of defendant property ($14,040.00). This property was seized from Mr. Brown on February 20, 2006, at the premises known as 908 County Road 150, Marbury, AL 36051.

2. That upon information and belief, there was a search warrant, an affidavit submitted in support thereof, and an arrest warrant issued for Darryl Brown.

3. That said arrest warrant gave federal agents the authority to arrest Darryl Brown pursuant to the Indictment issued on February 11, 2006.

4. That furthermore, there was a search warrant that gave federal officials the authority to search the resident located at 1501 County Road 161, Marbury, AL 36051. Darryl Brown resided at said residence with his mother, Denise Lassiter.

5. That on February 20, 2006, federal officials arrived at said home in an attempt to effectuate the warrant for Darryl Brown's arrest. However, Darryl Brown was not present.

6. That Ms. Lassiter informed federal officials that Darryl Brown was visiting his grandmother, Vera Brown, at 908 County Road 150, Marbury, AL 36051, • which is less than a mile away from Darryl Brown's residence.

7. That upon the federal officials knocking at the home of Willie J. Brown, Darryl Brown came to the front door and he was immediately taken into custody.

8. That nevertheless, said federal officials continued to enter the resident of Willie J. Brown and searched his bedroom and recovered said currency. Said currency was located behind the bed in Mr. Brown's bedroom.

9. Consequently, the search of these premises and the seizure of this property ($14,040.00) was unlawful because said property was seized against Willie Brown's consent, without a search warrant from his residence with no pretense of any exigent circumstances, without being in plain view, and without any probable cause to believe that any crime was being or had been committed on the premises of Mr. Browns' residence.

10. That furthermore, because The Browns are entitled to lawful possession of the defendant property ($14,040.00), and because the government has no lawful right to this property, that said Mr. Brown.

**WHEREFORE ALL PREMISES CONSIDERED,** Claimant Willie J. Brown respectfully request that this Honorable Court enter an order directing Plaintiff to return defendant property ($14,040.00) to him accordingly.

        Respectfully Submitted,

        /s/Dwayne L. Brown
        Dwayne L. Brown (BRO149)
        Attorney for Willie James Brown
        and Vera Brown

Of Counsel:

**Law Office of Dwayne** L. **Brown,P.C.**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334)277-3757
Facsimile: (334)277-3613
E-mail: dbrown@dbrownatty.com

### Certificate of Service

    I hereby certify that on July 3, 2008, a copy of the foregoing was served upon opposing counsel, by depositing a copy of the same in the Unites States Mail, postage prepaid and properly addressed to:

        **Tommie B. Hardwick, esq.**
        **Unites States Attorney Office**
        **131 Clayton Street**
        **Post Office Box 197**
        **Montgomery,** AL **36104-3429**

        /s/Dwayne L. Brown
        Of Counsel