IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv772-MHT |
| ) | |
| FOURTEEN THOUSAND FORTY ) | |
| ($14,040) DOLLARS IN ) | |
| UNITES STATES CURRENCY, ) | |
| ) | |
|    Defendant, ) | |
| ) | |
| WILLIE BROWN and ) | |
| VERA BROWN, ) | |
| ) | |
|    Claimants. ) | |

ORDER

It is ORDERED that plaintiff United States of America show cause, if any there be, in writing by July 25, 2008, as to why claimant Willie James Brown's motion for return of seized property (Doc. No. 25) should not be granted.

DONE, this the 14th day of July, 2008.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE