IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv772-MHT |
| | ) | |
| FOURTEEN THOUSAND FORTY ($14,040) DOLLARS IN UNITES STATES CURRENCY, | ) ) ) ) | |
| Defendant, | ) ) | |
| WILLIE BROWN and VERA BROWN, | ) ) ) | |
| Claimants. | ) | |

ORDER

It is ORDERED that claimant Willie James Brown's motion for return of seized property (Doc. No. 25) is denied without prejudice.

DONE, this the 28th day of July, 2008.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE