IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 2:07cv772-MHT |
| ) | |
| FOURTEEN THOUSAND FORTY   ) | |
| ($14,040) DOLLARS IN UNITED   ) | |
| STATES CURRENCY,   ) | |
| ) | |
| Defendant.   ) | |

**JOINT MOTION TO DISMISS CLAIM FILED BY VERA BROWN**

Comes now the United States of America by and through Leura G. Canary, United States Attorney, Assistant United States Attorney Tommie Brown Hardwick, and Dwayne L. Brown, counsel for Willie James Brown and Vera Mae Brown, and jointly file this motion to dismiss Vera Mae Brown's claim in the above styled case, and as grounds states the following:

1. Willie James Brown and Vera Mae Brown filed a claim to the fourteen thousand forty ($14,040) dollars in United States currency ("Defendant currency") on June 5, 2007. The matter was referred to the United States Attorney's Office on June 19, 2007, and a civil Complaint was filed on August 27, 2007.

2.   Pursuant to the Uniform Scheduling Order, depositions were scheduled for Willie James Brown and Vera Mae Brown on June 26, 2008.   Both parties appeared for deposition and were represented by Counsel Dwayne L. Brown.

3. First, being duly sworn, Vera Mae Brown was questioned regarding her ownership and interest in the Defendant currency. Claimant Vera Brown stated that she could see that her name was signed making a claim for the Defendant currency (Attachment A, Deposition, p. 7-8); however, Mrs. Brown specifically stated that the money "[does not] belong to [her]." (Attachment A, p. 8).

4. Mrs. Brown explained that the money belonged to her husband (Attachment A, p. 8) and that she said that it belonged to her because the money was left in her "charge." *Id.* Mrs. Brown also stated that she only knew what her husband told her regarding where the money came from.

5. Finally, Ms. Brown testified under oath that she has never had an interest in the Defendant currency. (Attachment A, p. 9).

Based upon the sworn deposition of Mrs. Vera Mae Brown on June 26, 2008, the parties file this joint motion to dismiss the claim filed for the Defendant currency by Vera Mae Brown.

In compliance with CM/ECF Civil Administrative Procedure II.C.3., the parties hereby certify that they have agreed to have their names electronically signed to this Joint Motion to Dismiss Claim filed by Vera Brown.

Respectfully submitted on this 18th day of August, 2008.

```
                                    FOR THE UNITED STATES ATTORNEY
                                        LEURA G. CANARY


Date: 08/18/08_____          /s/Tommie Brown Hardwick
                               TOMMIE BROWN HARDWICK
                               Assistant United States Attorney
                               Attorney for Plaintiff
                               United States of America


Date: 08/18/08                 /s/Dwayne L. Brown
                               DWAYNE L. BROWN
                               Attorney for Claimant Vera Brown
```

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560


For Claimant:

Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613

# ATTACHMENT A

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE MIDDLE DISTRICT OF ALABAMA
 3                    NORTHERN DIVISION
 4
 5   CIVIL ACTION NUMBER
 6   2:07CV772-MHT
 7
 8   UNITED STATES OF AMERICA,
 9        Plaintiff(s),
10   vs.
11   FOURTEEN THOUSAND FORTY ($14,040) DOLLARS
12   IN UNITED STATES CURRENCY,
13        Defendant(s).
14
15
16
17
18             DEPOSITION TESTIMONY OF:
19                    VERA BROWN
20   June 26, 2008
21   1:37 PM
22   SELAH M. DRYER, CCR
23   ACCR #: 393
```



ORIGINAL

```
 1   EXAMINATION BY MRS. HARDWICK:
 2        Q.    Mrs. Brown, would you state your
 3   full name, please?
 4        A.    Vera May Brown.
 5        Q.    Mrs. Brown, I'm Tommie Hardwick --
 6   Tommie Brown Hardwick.  I'm going to ask you
 7   some questions and in asking you the questions,
 8   if you have a problem with the question that I
 9   ask you in that you don't understand it, or if
10   you need me to clear up something, feel free to
11   interrupt me and say, I don't understand the
12   question or can you rephrase the question or
13   something -- so feel free to do that.
14        A.    Yes, ma'am.
15        Q.    Did you file a claim for an
16   interest in $14,040?
17        A.    No, ma'am, I didn't file one.
18        Q.    You did not file a claim?
19        A.    After I got my signed papers --
20   can I ask him?
21        Q.    No.  I need you to answer this for
22   me, Mrs. Brown.
23        A.    Well, I see my name on the paper
```

```
 1   that I'm claiming for it.
 2       Q.   Who put your name on the paper?
 3       A.   It was my handwriting.
 4       Q.   So did you file the claim?
 5       A.   I think so.
 6       Q.   Why did you file a claim for
 7   $14,040?
 8       A.   Why I file a claim?  Because it
 9   was left in my charge.  You know, I had it.
10       Q.   Does the money belong to you?
11       A.   Don't belong to me.
12       Q.   Who does it belong to?
13       A.   It belonged to my husband.
14       Q.   And your husband is?
15       A.   Willie James Brown.
16       Q.   When were you all married?
17       A.   July 1956.  July 19th, I think.
18       Q.   July 19th, 1956.
19       A.   Yes, ma'am.
20       Q.   And you say the $14,000 does not
21   belong to you?
22       A.   No, the reason I said it belonged
23   to me, because it doesn't really belong -- the
```

```
 1   70 percent he would be getting is to pay a loan,
 2   so...
 3           Q.    When I ask you questions, I really
 4   need for you to tell me regarding you.  So you
 5   don't own the money?
 6           A.    No, ma'am.
 7           Q.    Have you ever had an interest in
 8   any part of the money?
 9           A.    Of that $14?
10           Q.    Yes, ma'am.
11           A.    No, ma'am.
12           Q.    Do you know where the money came
13   from?
14           A.    Well, I can tell you what he told
15   me.
16           Q.    Let me ask you this:  Were you at
17   the house on February 20th when the officers
18   came to arrest your grandson, Darrell -- or was
19   it Darnell?
20           A.    Darrell.
21           Q.    Darrell Lamont?
22           A.    Yes, ma'am.
23           Q.    Brown.
```