**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

```
August 19, 2008
```

# NOTICE OF CORRECTION

**From:**                Clerk's Office

**Case Style:**          United States of America v. Fourteen Thousand Forty ($14,040)
                         Dollars in United States Currency

**Case Number:**         #2:07-cv-00772-MHT

**Referenced Document:** Document #30
                         Motion to Withdraw

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf contained the name of a party that is not a party to this suit under the attorney's signature. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **PLAINTIFF,** | ) |
| | ) **CIVIL ACTION NO: 2:07CV772-MHT** |
| **v.** | ) |
| | ) |
| **FOURTEEN THOUSAND FORTY ($14,040) DOLLARS IN UNITED STATES CURRENCY,** | ) |
| **DEFENDANT.** | ) |

### MOTION TO WITHDRAW

COMES NOW the undersigned counsel and files this motion to withdraw and in support thereof states the following:

1. That the claimants have failed to remit attorney fees as per their understanding.

2. That the undersigned has made several unsuccessful attempts to discuss the non-payment of fees with Claimant Willie Brown.

3. That Claimant Willie Brown has not contacted the undersigned counsel regarding his outstanding balance.

4. That furthermore, Mr. Brown's telecommunication services have been disconnected.

5. In addition, the undersigned has attempted to contact Mr. Brown relative to some material issues surrounding his case, but has been unable to speak with him in this regard.

6. That the undersigned has even left several messages with Mr. Brown's daughters regarding his case, but Mr. Brown has failed and/or refused to contact the undersigned regarding the same.

7. That in lieu of the foregoing, the undersigned is unable to effectively represent Mr. Brown.

8. That besides, the following deadlines are approaching in said case:

    a. Face-to-Face Settlement Conference, August 19, 2008; and

    b. Notice Concerning Mediation, August 25, 2008.

9. That due Mr. Brown's intentional failure to actively participate in his case, the undersigned counsel is unable to comply with this Honorable Court's uniform order dated February 1, 2008 regarding the above-listed deadlines.

    **WHEREFORE** ALL **PREMISES CONSIDERED,** the undersigned counsel respectfully request that this motion be granted.

                                              Respectfully submitted,

                                              /s/ Dwayne L. Brown
                                            Dwayne L. Brown (BRO149)

Of Counsel:
**Law Office of Dwayne** L. **Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrownadbrownatty.com

### Certificate of Service

    I hereby certify that on **August 18, 2008,** I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Tommie B. Hardwick, esq.**

                                              /s/ Dwayne L. Brown
                                              Of Counsel