IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv772-MHT |
| ) | |
| FOURTEEN THOUSAND FORTY ) | |
| ($14,040) DOLLARS IN ) | |
| UNITES STATES CURRENCY, ) | |
| ) | |
|    Defendant, ) | |
| ) | |
| WILLIE BROWN and ) | |
| VERA BROWN, ) | |
| ) | |
|    Claimants. ) | |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 30) is granted.

DONE, this the 20th day of August, 2008.

                                     /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**