IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:07cv772-MHT |
| | ) | |
| FOURTEEN THOUSAND FORTY | ) | |
| ($14,040) DOLLARS IN | ) | |
| UNITES STATES CURRENCY, | ) | |
| | ) | |
|     Defendant, | ) | |
| | ) | |
| WILLIE BROWN and | ) | |
| VERA BROWN, | ) | |
| | ) | |
|     Claimants. | ) | |

ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 20th day of August, 2008.

          /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE