**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  CIVIL ACTION NO. 2:07cv772-MHT |
| | ) |
| **FOURTEEN THOUSAND FORTY** | ) |
| **($14,040) DOLLARS IN UNITED** | ) |
| **STATES CURRENCY,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF MEDIATION AND SETTLEMENT CONFERENCE**

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, states as follows:

1.    Defense counsel Dwayne L. Brown was unable to communicate with his client, Willie Brown.  Therefore, Attorney Brown could not enter settlement negotiations on behalf of his client.

2.    On August 20, 2008, this Court granted defense counsel's motion to withdraw (Doc. #33) based on Attorney Brown's inability to communicate with his client and his failure to honor their contract.

3.    Based on the above, the parties were not able to initiate settlement negotiations.

Respectfully submitted this 26th day of August, 2008.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

**/s/Tommie Brown Hardwick**
Tommie Brown Hardwick
Assistant United States Attorney
Office of the United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, I served a copy of the foregoing by placing a copy of the same in the United States Mail, properly addressed and postage prepaid, as follows:

Mr. Willie James Brown
908 County Road 150
Marbury, Alabama 36051.

**/s/Tommie Brown Hardwick**
Tommie Brown Hardwick
Assistant United States Attorney