IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:07CV772-MHT |
| | ) |
| FOURTEEN THOUSAND FORTY ($14,040) DOLLARS IN UNITED STATES CURRENCY, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| WILLIE JAMES BROWN, | ) |
| | ) |
| Claimant. | ) |

**ORDER**

For good cause, it is

ORDERED that this case be and is hereby set for status and scheduling conference on September 9, 2008, at 1:30 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The claimant is cautioned that if he fails to appear at the conference, the court will treat his failure to appear as an abandonment of his case and the claims set forth in his complaint. The claimant is further cautioned that if he fails to appear for the conference in compliance with the directives of this order, the court will recommend that appropriate sanctions including denial of his claim.

Done this 27th day of August, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE