USA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, | A. Signature<br>X _[signature]_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 3/28/08 |

Willie James Brown
908 County Rd. 150
Marbury, AL 36051

D. Is address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2:07cv772 Order Doc #36

2. Article Number (Transfer from service label): 7007 1490 0000 0024 5881

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540