IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv772-MHT |
| | ) | (WO) |
| FOURTEEN THOUSAND FORTY ($14,040) DOLLARS IN UNITED STATES CURRENCY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT AND DECREE OF FORFEITURE**

On August 27, 2007, the United States filed a Verified Complaint for Forfeiture In Rem, pursuant to 21 U.S.C. § 881(a)(6), alleging that the Defendant currency constitutes monies furnished, or intended to be furnished, in exchange for controlled substances, or represents proceeds of trafficking in controlled substances or was used or intended to be used to facilitate violations of 21 U.S.C. § 801 et seq. (Doc. #1).

It appearing that process was fully issued in this action and returned according to law;

That, pursuant to a Warrant for Arrest In Rem issued by this Court, the United States Marshals Service for the Middle District of Alabama arrested the Defendant currency on September 12, 2007 (Doc. #7);

That, on November 23 and 30 and December 7, 2007, notice of the action was published in the Montgomery Advertiser newspaper (Doc. #13);

That Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 15, 2008, and ending

February 13, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (Doc. #24);

That, on September 13, 2007, Attorney Dwayne L. Brown was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture In Rem, Notice of Arrest and Seizure, and Warrant for Arrest In Rem (Doc. #4);

That, on September 13, 2007, Willie James Brown was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture In Rem, Notice of Arrest and Seizure, and Warrant for Arrest In Rem (Doc. #5);

That, on September 13, 2007, Vera Mae Brown was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture In Rem, Notice of Arrest and Seizure, and Warrant for Arrest In Rem (Doc. #6);

That, on September 25, 2007, Willie James Brown and Vera Mae Brown filed a Verified Claim of Interest as to the Defendant currency, within the time permitted by Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (Doc. #9);

That, on September 24, 2007, Willie James Brown and Vera Mae Brown filed an Answer to the Verified Complaint for Forfeiture In Rem (Doc. #8);

That, on August 18, 2008, the parties filed a Joint Motion to Dismiss Vera Brown's claim (Doc. #29);

That, on August 18, 2008, Dwayne L. Brown filed a motion to withdraw as attorney for Willie James Brown (Doc. #30);

That, on August 20, 2008, Judgment was entered dismissing Vera Brown's claim (Doc. #32) and a separate Order was entered granting Dwayne L. Brown's motion to withdraw (Doc. #33);

That, on October 23, 2008, the United States and Claimant Willie James Brown entered into a Stipulation for Compromise in which Claimant consented to entry of a Decree of Forfeiture forfeiting Two Thousand Forty ($2,040) Dollars in United States currency to the United States to be disposed of according to law; and that the United States agreed to release Twelve Thousand ($12,000) Dollars in United States currency to Claimant Willie James Brown; and

That no other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States for a Decree of Forfeiture (doc. no. 45) and for good cause otherwise shown, it is hereby ORDERED, ADJUDGED, AND DECREED that said motion is granted as follows:

That the United States Marshals Service release Twelve Thousand ($12,000) Dollars in United States currency to Claimant Willie James Brown (908 County Road 150, Marbury, Alabama 36051);

That Two Thousand Forty ($2,040) Dollars in United States currency is forfeited to the United States and no right, title or interest in the Defendant currency shall exist in any other party and it shall be disposed of according to law; and,

That the parties will bear their own costs., and this case is now closed.

DONE, this the 27th day of October, 2008.

                                                    /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE